IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROOSEVELT PHILLIPS, JR.**                  **PETITIONER**

V.                                                    **NO. 4:22-CV-8-DMB-JMV**

**STATE OF MISSISSIPPI**                    **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the "Opinion and Order" entered this day, Roosevelt Phillips, Jr.'s petition for a writ of habeas corpus is **DENIED with prejudice**. A certificate of appealability is also **DENIED**.

**SO ORDERED**, this 16th day of February, 2023.

                                             /s/Debra M. Brown
                                             **UNITED STATES DISTRICT JUDGE**